SACV08-00787 DOC (MLGx)

Symone Leyvas et al v. Bank of America Corp et al

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**
MAY 11 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND SALES
PRACTICES LITIGATION**

MDL No. 1988

**FILED**
CLERK, U.S. DISTRICT COURT
May 18, 2012
CENTRAL DISTRICT OF CALIFORNIA
BY: RRP  DEPUTY

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

08mD1988-DMS-WMC
08CV1972-DMS-WMC
10CV0057-DMS-WMC
08CV01888-DMS-WMC
08CV01957-DMS-WMC
09CV00064-DMS-WMC

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 11, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 5/11/12
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1988

### SCHEDULE FOR CRO

| TRANSFEREE DIST | DIV. | C.A.NO. | TRANSFEROR DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| CAS | 3 | 08–01972 | CAC | 2 | 07–06094 | Heath O. White, et al. v. Countrywide Financial Corp., et al. |
| CAS | 3 | 10–00257 | CAC | 2 | 09–08512 | Dorothy Peralta, et al. v. Countrywide Homes Loans, Inc., et al. |
| CAS | 3 | 08–01888 | CAC | 8 | 08–00787 | Symone Leyvas, et al. v. Bank of America Corp., et al. |
| CAS | 3 | 08–01957 | KYW | 3 | 08–00457 | Kimberly A. Jackson v. Countrywide Financial Corp., et al. |
| CAS | 3 | 09–00064 | WAW | 2 | 08–01200 | Randall D. Buckley, et al. v. Countrywide Home Loans, Inc., et al. |

\* -- denotes that the civil action has been severed.